# Court of Appeals
# of the State of Georgia

ATLANTA,  April 29, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1210. CHAMBERS v. INTERGERMAN EVERGREEN COMMONS, LLC.

This case was docketed on March 25, 2024, and the Appellant's brief and enumerations of error were due on April 15, 2024.[1] Because Appellant has failed to timely file a brief by that date, we hereby **DISMISS** the appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/29/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] See Court of Appeals Rule 23 (a).